UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Reginald C. Howard, | Case No.: 2:19-cv-00749-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| Steven D. Grierson, et al., | |
| Defendants | |

This action began with a pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Plaintiff Reginald C. Howard has submitted an application to proceed *in forma pauperis* demonstrating that he is able to pay the full $400 filing fee for a civil action.[1] (ECF No. 3). Based on the financial information provided, I deny the application to proceed *in forma pauperis* and direct Howard to pay the $400 filing fee in full before this case may proceed.

Howard must pay the full filing fee of $400 on or before Friday, April 2, 2021, to proceed with this case. Alternatively, if Howard's financial situation has changed, he may submit a new application to proceed *in forma pauperis* with an inmate account statement for the past six months and a properly executed financial certificate demonstrating his indigent status. After I determine the matter of the payment of the filing fee, I will issue an order on the matter of service.

///

///

///

---

[1] Because Howard initiated this action prior to December 1, 2020, the full filing fee is $400.

## CONCLUSION

For the foregoing reasons, I order that the application to proceed *in forma pauperis* (ECF No. 3) is denied.

I order Howard to pay the full filing fee of $400 to the Clerk of the Court on or before April 2, 2021, in order to proceed with this case.

Alternatively, if Howard's financial status has changed, Howard must demonstrate his indigent status by submitting a new application to proceed *in forma pauperis* with an inmate account statement for the past six months and a properly executed financial certificate to this court on or before April 2, 2021.

I order that, if Howard fails to timely comply with this order, I will dismiss this case with prejudice.

Dated: March 3, 2021

_____
U.S. District Judge