UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD, | Case No. 2:19-cv-00749-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| STEVEN D. GRIERSON, *et al.,* | |
| Defendants. | |

On June 18, 2021, the Court entered an Order granting Plaintiff's Motion Requesting the Issuance of Summons for all Unserved Defendants. ECF No. 25. In that Order, the Court stated that the May 19, 2021 submission by the Attorney General, filed under seal, providing P.O. Box addresses for D. Willet and J. Lewis at Nevada Department of Correction locations, made no sense. Individuals cannot be served at P.O. Boxes, and the Attorney General did not explain why it could not accept service on behalf of these named defendants.

The Court thereafter ordered:

> [T]he Attorney General **must**, within[] seven (7) days of the date of this Order, file with the Court a document that either (i) confirms the employment of Willet and Lewis by NDOC and accepts service therefor or explains why service cannot be accepted for these current employees, or (2) provides last known addresses for Willet and Lewis. If last known addresses are provided, the document shall be filed under seal.
>
> IT IS FURTHER ORDERED that, as stated in the Court April 28, 2021 Order, **if the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es)**.

ECF No. 25 at 2. The Attorney General never responded to the Court's Order.

Accordingly, IT IS HEREBY ORDERED that the Assistant Attorney General assigned to this case **MUST, NO LATER THAN AUGUST 27, 2021, confirm whether Defendants Willet and Lewis are employed by the Nevada Department of Corrections and, if so, explain why the Attorney General cannot accept service on behalf of these Defendants or provide the last and**

**best known addresses for each of these individuals, other than at a P.O. Box, under seal. Failure to comply with this Order shall result in an Order to Show Cause why the Attorney General should not be held in contempt of court.**

DATED this 20th day of August, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE