UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN GRIERSON, *et al.*,<br><br>Defendants. | Case No. 2:19-cv-00749-APG-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Notice to the Court Change of Address (ECF No. 41). Plaintiff provides the Court with his current address. Plaintiff's Notice also alleges that following his move, the Nevada Department of Corrections will not transfer his legal papers without direction from the Attorney General's Office to do so. Accordingly, the Attorney General is to take whatever steps necessary to ensure Plaintiff's legal papers are or have been transferred to the High Desert State Prison.

IT IS SO ORDERED this 19th day of November, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE