UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD C. HOWARD, | Case No. 2:19-cv-00749-APG-EJY |
| Plaintiff | |
| v. | **ORDER** |
| STEVEN GRIERSON, et al., | |
| Defendants. | |

In response to the Court's Order (ECF No. 46), the Nevada Attorney General's Office has filed the last known addresses of Jason Argueta and Mario Vasquez, Jr. ECF No. 49.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court will issue a summons for Jason Argueta and Mario Vasquez, Jr. and deliver the same to the U.S. Marshal for service together with a copy of the Attorney General's filing under seal at ECF No. 49. The Clerk of Court will also send a copy of this Order together with a copy of Plaintiff's Amended Complaint (ECF No. 8) and a copy of the screening order (ECF No. 9) to the U.S. Marshal for service on Jason Argueta and Mario Vasquez, Jr.

IT IS FURTHER ORDERED that the Clerk of Court will send Plaintiff two (2) USM-285 forms. Plaintiff shall have thirty (30) days within which to furnish the U.S. Marshal the required USM-285 form with relevant information as to Jason Argueta and Mario Vasquez, Jr.

The U.S. Marshal Service shall commence efforts of service within ten (10) days of receipt of Plaintiff's completed USM-285.

DATED this 28th day of January, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE