UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REGINALD C. HOWARD,

    Plaintiff

v.

STEVEN D. GRIERSON, et al.,

    Defendants

Case No.: 2:19-cv-00749-APG-EJY

**Order**

[ECF No. 56]

On January 28, 2022, Magistrate Judge Youchah recommended that I dismiss without prejudice plaintiff Reginald Howard's claims against defendant J. Kronberg Rasner because he cannot be identified as a current or former employee of the Nevada Department of Corrections, so service cannot be accomplished. ECF No. 56. Howard objected, arguing that he received a disciplinary infraction on March 25, 2018 from a Joshua Kronberg Rasner, so the defendants should be able to identify and provide an address for this defendant. ECF No. 60.

In light of Howard providing more information that may help identify this defendant, and in the interest of moving this case forward, I order the Attorney General's Office to try to identify who wrote Howard up on that date and, if that person can be identified, either accept service on that person's behalf or file that person's name and address under seal.

Additionally, I note that the service of process on defendant Mario Vasquez Jr. was returned unexecuted due to an "incomplete address." ECF No. 62. I therefore also order the Attorney General's Office to provide under seal a more complete address for Vasquez if it has one.

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 56) is modified** as follows: by March 31, 2022, the Attorney General's Office shall

file a notice with the court stating whether it was able to identify who wrote a disciplinary action against Howard on March 25, 2018, and, if so, whether it will accept service on behalf of that defendant. If the Attorney General's Office can identify this defendant but cannot accept service, then the Attorney General's Office shall state whether it is able to locate a last known address for that defendant and, if so, shall file that address under seal.

      I FURTHER ORDER that by March 31, 2022, the Attorney General's Office shall file a notice with the court advising whether it has a more complete address for defendant Mario Vasquez, Jr., and, if it has one, to file that address under seal.

      DATED this 11th day of March, 2022.

                                      ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE