**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REGINALD C. HOWARD, | Case No.: 2:19-cv-00749-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| STEVEN D. GRIERSON, et al., | |
| Defendants | |

Plaintiff Reginald Howard has not been able to timely and properly serve defendant Mario Vasquez Jr. The last attempt at service of process on defendant Vasquez was returned unexecuted due to an "incomplete address." ECF No. 62. I ordered the Attorney General's Office to provide under seal a more complete address for Vasquez if it has one. The Attorney General's Office responded that it has no additional address information for Vasquez. ECF No. 64. Because it does not appear that Howard will be able to serve this defendant, I dismiss the claims against Vasquez without prejudice.

I THEREFORE ORDER that plaintiff Reginald Howard's claims against defendant Mario Vasquez, Jr. are DISMISSED without prejudice for failure to timely and properly serve him.

DATED this 1st day of April, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE